2/19/15

Court Clerk,     RDB-15-505

I'm a aneurisym and brain bleed. I can't due any legal work. I can't comphrend it. I need help. The court has paperwork work for my issue. Megan Coleman sent out (my attorney) for my appeal.

FILED ___ ENTERED ___
LOGGED ___ RECEIVED ___

FEB 23 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY ___ DEPUTY